EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2005

at 12 o'clock and __ min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00070DAE |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. §§ 846 and 841] |
| vs. | ) | |
| DAN LANGAMAN,             (01)<br>  also known as "Don,"<br>PEARLIE LOU MOORE,       (02)<br>  also known as "Pearlie<br>  Lou Langaman", also<br>  Known as "Perlie Lai<br>  Langaman," | ) | |
| Defendants. | ) | |

INDICTMENT

**COUNT 1:**

The Grand Jury charges:

From a time unknown up through and including on or about December 1, 2004, in the District of Hawaii and elsewhere,

defendants DAN LANGAMAN, also known as "Don", and PEARLIE LOU MOORE, also known as "Pearlie Lou Langaman," also known as "Perlie Lai Langaman," knowingly and intentionally conspired with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, approximately fifty pounds, in violation of Title 21, United States Code Sections 846, 841(a)(1) and 841 (b)(1)(A).

<u>OVERT ACTS</u>

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. During the period September, 2003 and continuing until on or about January 2004, Jaime Columpit Agtang, Christopher Mabanag, and others, not defendants herein, accepted delivery of Federal Express parcels containing methamphetamine at their residences on behalf of DAN LANGAMAN and had them delivered to DAN LANGAMAN.

2. During the period September, 2003 and continuing until on or about December 1, 2004, Edison Piano Villegas, Jr. and Michael LaCuesta, not defendants herein, accepted delivery of Federal Express parcels containing methamphetamine at their

residences and elsewhere on behalf of DAN LANGAMAN and PEARLIE LOU MOORE and had them delivered to DAN LANGAMAN and PEARLIE LOU MOORE.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

### COUNT 2:

The Grand Jury further charges:

On or about January 22, 2004, in the District of Hawaii, Defendant DAN LANGAMAN knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 2,273 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

### COUNT 3:

The Grand Jury further charges:

On or about December 1, 2004, in the District of Hawaii, Defendants DAN LANGAMAN and PEARLIE LOU MOORE, knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and

salts of its isomers, to wit, approximately 888 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

DATED: FEB 17 , 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

USA v. DAN LANGAMAN, ET AL.
Cr. No. _____
"Indictment"