PAMELA O'LEARY TOWER, #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant LANGAMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>DAN LANGAMAN, )<br>)<br>Defendant. ) | CR. NO. 05-00070 DAE<br><br><br><br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING<br>DATE FOR DEFENDANT<br>DAN LANGAMAN |

STIPULATION AND ORDER CONTINUING SENTENCING DATE
FOR DEFENDANT DAN LANGAMAN

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the sentencing in this matter be and hereby is continued from March 5, 2007,

at 2:15 p.m. to June 18, 2007, at 2:15 p.m.

DATED: Honolulu, Hawaii, _Feb 23_, 2007.

_____
Pamela O'Leary Tower
Attorney for Defendant LANGAMAN

_____
Beverly Wee Sameshima
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, ___FEB 27 2007___.

_____
DAVID ALAN EZRA
United States District Court Judge

---

UNITED STATES v. LANGAMAN: CR. NO. 05-00070 DAE; Stipulation and Order
Continuing Sentencing Date for Defendant DAN LANGAMAN