PAMELA O'LEARY TOWER, #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant LANGAMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00070 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | SUPPLEMENTAL INFORMATION |
| | ) | IN SUPPORT OF SENTENCING |
| DAN LANGAMAN, | ) | FOR DEFENDANT DAN |
| | ) | LANGAMAN; EXHIBIT "A"; |
| Defendant. | ) | CERTIFICATE OF SERVICE |

SUPPLEMENTAL INFORMATION IN SUPPORT OF SENTENCING FOR
DEFENDANT DAN LANGAMAN

COMES NOW DEFENDANT DAN LANGAMAN by and through his

counsel and hereby submits a certificate of completion for the class "From the

Inside Out; Taking Personal Responsibility for the Relationships in Your Life" an

adult continuing education program offered at FDC Honolulu.

DATED: Honolulu, Hawaii, November 19, 2007.

                                        PAMELA O'LEARY TOWER
                                        Attorney for Defendant LANGAMAN