# Certificate of Completion

This award is presented to

## Dan Langaman

For successfully completing all required coursework and training for

From the Inside Out:
Taking Personal Responsibility
for the Relationships in Your Life
Adult Continuing Education Program

On this 19th day of October 2007

*Patricia Ocasio*
Supervisor of Education/Recreation

*Sheryl-lynn Camello*
Adult Continuing Educ. Coordinator

Exhibit "A"