## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

BEVERLY WEE-SAMESHIMA    Beverly.Sameshima@usdoj.gov
Assistant United States Attorney
PJKK Federal Building, Room 6100
300 Ala Moana Boulevard
Honolulu, Hawaii 96813
Attorney for the United States

United States Probation Office
Attn: MONA GODINET
PJKK Federal Building, Room C-110
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

DATED:   Honolulu, Hawaii, November 19, 2007.

_____
PAMELA O'LEARY TOWER
Attorney for DAN LANGAMAN